UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CINDY L. WOOD, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> MICHAEL ASTRUE, Commissioner of the ) </br> Social Security Administration, ) </br> ) </br> Defendant. ) | Case No. C10-1244-RSM-BAT </br></br> **REPORT AND RECOMMENDATION** |

Cindy L Wood brought an action seeking review of the denial of her application for Supplemental Security Income and Disability Insurance Benefits by the Commissioner of the Social Security Administration.  Dkt. 3.  The parties stipulate the case should be remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including, but not limited to, the following actions.  Dkt. 25.

The parties stipulate that upon remand, the Administrative Law Judge ("ALJ") will further evaluate Ms. Wood's mental impairments and will obtain evidence from a medical expert who is a mental health professional; the ALJ will further consider Ms. Wood's subjective complaints;, the ALJ will further consider Ms. Wood's residual functional capacity; the ALJ will further consider Edith Wood's lay witness statements (Tr. 141-42, 440-48); the ALJ will further evaluate all of the medical evidence, particularly the opinions of Dr. Hall (Tr. 198-202), Dr. Fitz (Tr. 204-08), Dr.

REPORT AND RECOMMENDATION – 1

Bartlett (Tr. 224-29), and Dr. Lind (Tr. 367-72, 553-56); and the ALJ will obtain the additional vocational expert testimony as ordered by the District Court.

The parties stipulate that this case be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

Having reviewed the pleadings and the administrative record, the Court recommends the case be **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. As the parties stipulate to remand, the Court recommends if this recommendation is adopted, that it be approved immediately. A proposed order accompanies this Report and Recommendation.

DATED this 3rd day of March, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION – 2